PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

FILED  
U.S. DISTRICT COURT  
DISTRICT OF NEBRASKA

10 MAR -3 PM 12: 37

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.                                         Docket # 8:09CR330

DENNIS WIESE

---

On December 20, 2001, Dennis Wiese was sentenced to 78 months custody, followed by 4 years supervised release for Distribution of Methamphetamine and Conspiracy to Distribute Methamphetamine. Supervised release commenced June 20, 2008. On January 22, 2009, Mr. Wiese, along with Daniel Johnson, was indicted in U.S. District Court, District of Nebraska, for Conspiracy to Manufacture Methamphetamine and Possession of Pseudoephedrine with Intent to Manufacture Methamphetamine in case 8:09CR29-002. On November 16, 2009, Mr. Wiese was sentenced to 121 months custody and 5 years supervised release for Conspiracy to Manufacture Methamphetamine. On that same day, government and defense counsel agreed to dismiss the revocation proceedings, which was granted by the Court. Mr. Wiese has not complied with the rules and regulations of supervised release; therefore, it is accordingly recommended that Dennis Wiese be discharged from supervision unsatisfactorily.

Respectfully submitted,

*Michael R. Norton*

Michael R. Norton

Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision unsatisfactorily and that the proceedings in the case be terminated.

Dated this _1st_ day of _March_, 2010.

The Honorable Laurie Smith Camp  
United States District Judge